# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

### 05-50

**GLADYS McKNIGHT STARKS, ET AL.**

**VERSUS**

**AMERICAN BANK NATIONAL ASSOCIATION, ET AL.**

************

**APPEAL FROM THE
TENTH JUDICIAL DISTRICT COURT
PARISH OF NATCHITOCHES, NO. 75,215-B
HONORABLE PEYTON CUNNINGHAM, DISTRICT JUDGE**

************

**JAMES T. GENOVESE
JUDGE**

************

Court composed of Oswald A. Decuir, Elizabeth A. Pickett, and James T. Genovese, Judges.

**AFFIRMED.**

**Robert A. Mahtook
Kay A. Theunissen
600 Jefferson Street, Suite 1000
P. O. Box 3089
Lafayette, Louisiana 70502
COUNSEL FOR THIRD PARTY DEFENDANT/APPELLANT:**
    Specialty Risk Associates, Inc.

**Kimberly O. Golden
300 Washington Street, Suite 404
P. O. Box 1512
Monroe, Louisiana  71210-1512
COUNSEL FOR THIRD PARTY PLAINTIFF/APPELLEE:**
    American Bank National Association, d/b/a Black Lake Lodge

**Mr. Brian A. Homza
333 Texas Street, Suite 1700
Shreveport, Louisiana 71120-2260
COUNSEL FOR THIRD PARTY DEFENDANT:**
    Louisiana Insurance Services, Inc.

**GENOVESE, Judge.**

For the reasons assigned this day in the companion case of *Gladys McKnight Starks, et al. v. American National Bank, et al.*, 04-1219 (La.App. 3 Cir. _/_/05), --- So.2d ---, this matter is affirmed. Costs of this appeal are assessed against the Defendant/Appellant, Specialty Risk Associates, Inc.

**AFFIRMED.**